An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CANDIDO ALAVARO MEZA-VALLE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MICHELLE LEAVITT, DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 68952

**FILED**

OCT 1 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of prohibition or mandamus challenging a district court order denying a motion to dismiss the underlying criminal case based on petitioner's argument that he has been denied his right to a speedy trial under the Sixth Amendment.[1] Having reviewed the petition and the accompanying documentation, we conclude that this court's intervention by way of extraordinary writ is not warranted because petitioner has a plain, speedy, and adequate remedy at law by way of an appeal from any judgment of conviction. *See* NRS

---

[1] Petitioner admits that he waived the provisions of NRS 178.556 regarding trial being held within 60 days after arraignment.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-31161

34.170; NRS 34.330, *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004). Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. Michelle Leavitt, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

_____

[2]We also deny as moot petitioner's motion to stay the proceedings below while this court considers the petition.